UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
: 
NATURAL RESOURCES DEFENSE COUNCIL, INC.,  :
:
      Plaintiff,  :    Civ. No. 07-5929 WHP
:    ECF CASE
  - v. -  :
:
UNITED STATES DEPARTMENT OF STATE,  :
:
      Defendant.  :
:
------------------------------------------------------------------------x

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Natural Resources Defense Council, Inc., submits that it is a non-profit corporation with no outstanding shares or debt securities in the hands of the public and that it does not have any parent, subsidiary, or affiliates that have issued shares or debt securities to the public.

Dated: June 21, 2007
       New York, NY

                                    Respectfully submitted,

                                    s/ _____
                                    Mitchell S. Bernard (MB 5823)
                                    Thomas Cmar (TC 8791)
                                    Natural Resources Defense Council, Inc.
                                    40 West 20th Street
                                    New York, NY  10011
                                    Phone:  (212) 727-2700
                                    Fax:  (212) 727-1773

                                    Counsel for Plaintiff