## CERTIFICATE OF SERVICE

       I, Rebecca C. Martin, an Assistant United States Attorney for the Southern District of New York, hereby certify that on July 30, 2007, I caused a copy of the foregoing Answer to be served upon the following by first-class mail, postage pre-paid:

To:    Mitchell S. Bernard, Esq.
         Thomas Cmar, Esq.
         Natural Resources Defense Council, Inc.
         40 West 20th Street
         New York, New York 10011

Dated:  New York, New York
           July 30, 2007

                                                /s/
                                          REBECCA C. MARTIN
                                          Assistant United States Attorney
                                          Tel.: (212) 637-2714