UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

NATURAL RESOURCES DEFENSE COUNCIL, INC.

                Plaintiff,

                                                                   07 CIVIL 05929 (WHP)

   -against-

UNITED STATES DEPARTMENT OF STATE

                Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Thomas Cmar

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       TC 8791

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* 1200 New York Ave., NW, Suite 400, Washington, DC 20005

☒ *Telephone Number:* (202) 289-6868

☒ *Fax Number:* (202) 289-1060

☐ *E-Mail Address:* _____

Dated: 8/21/07                                     /s/ Thomas Cmar