USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2007



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

September 27, 2007

By Hand
Hon. William H. Pauley
United States District Judge
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

     Re:    <u>Natural Resources Defense Council, Inc. v. U.S. Dep't of State</u>,
            No. 07 Civ. 5929 (WHP)

Dear Judge Pauley:

        I represent the United States Department of State (the "Government") in the above-referenced Freedom of Information Act ("FOIA") matter and write respectfully to submit a joint request from the Government and plaintiff, Natural Resources Defense Council ("NRDC"), for (i) <u>a thirty-day adjournment of the pretrial conference, currently scheduled for October 5, 2007, and (ii) an extension of the time to submit a Rule 26(f) statement to seven days prior to any subsequently scheduled pretrial conference.</u>  Counsel for the Government and NRDC are available on November 2, from 9:00 am to 12:00 pm, and November 16, from 9:00 a.m. to 1:00 p.m.

        The parties make this request in order to provide additional time for the Government to complete its response to NRDC's two FOIA requests.  With the exception of one document currently under review, the Government has completed its response to NRDC's July 11, 2006 request.  In addition, the Government has completed its search for documents requested in NRDC's April 24, 2007 FOIA request and is currently reviewing responsive documents.  The Government expects to have completed its response to the 2007 request in the next few weeks.  The Government believes that many, if not all, of the issues raised in NRDC's complaint will be mooted by the completion of the Government's responses, and the additional requested time will allow the parties to confer about and narrow any issues that may remain before the Court.

*Application granted. The conference will be held on November 9, 2007 at 12:30 p.m.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
10/1/2007

Hon. William H. Pauley                                              September 27, 2007

                Thank you for your consideration of this request.

                                            Respectfully submitted,

                                            MICHAEL J. GARCIA
                                            United States Attorney

                      By: _____
                                            REBECCA C. MARTIN
                                            Assistant United States Attorney
                                            Telephone: (212) 637-2714
                                            Facsimile: (212) 637-2686

cc:     Thomas Cmar, Esq.
        Natural Resources Defense Council
        1200 New York Ave., N.W.
        Suite 400
        Washington, DC 20005
        (By E-mail and First Class mail)