UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                              :
NATURAL RESOURCES DEFENSE             :
COUNCIL, INC.,                                :
                                              :
        Plaintiff,           :    07 Civ. 5929 (WHP)
                                              :
     -against-                  :    SCHEDULING ORDER No. 1
                                              :
UNITED STATES DEPARTMENT       :
OF STATE,                                     :
        Defendant.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a conference on November 9, 2007, the following schedule is established on consent:

        (1) Defendant shall produce a Vaughn Index by January 25, 2008;

        (2) Plaintiff shall serve and file its motion for summary judgment by February 8, 2008;

        (3) Defendant shall serve and file any opposition and/or motion for summary judgment by March 7, 2008;

        (4) Plaintiff shall serve and file any reply and/or opposition by March 28, 2008;

        (5) Defendant shall serve and file any reply by April 8, 2008; and

(6) This Court will hear oral argument on April 18, 2008 at 11:00 a.m.

Dated: November 9, 2007
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Thomas Joseph Cmar, Esq.
Natural Resources Defense Council, Inc.
1200 New York Ave., Nw Suite 400
Washington, DC 20005
*Counsel for Plaintiff*

Mitchell S. Bernard, Esq.
Natural Resources Defense Council, Inc.
40 West 20th Street
New York, NY 10011
*Counsel for Plaintiff*

Rebecca C. Martin, Esq.
U.S. Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007
*Counsel for Defendant*