UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | : : : | 07 Civ. 5929 (WHP) |
| Plaintiff, | : : | ECF Case |
| - v. - | : : : | **NOTICE OF MOTION** |
| UNITED STATES DEPARTMENT OF STATE, | : : : | |
| Defendant. | : | |

---

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Natural Resources Defense Council, Inc. hereby moves this Court for an order awarding Plaintiff summary judgment. For the reasons set forth in the accompanying motion papers, there are no genuine issues of material fact in dispute and Plaintiff is entitled to judgment as a matter of law. In support of this motion, Plaintiff submits the accompanying memorandum of law, a statement of material facts as to which there is no genuine issue, the Declaration of Ari Hershowitz, and Exhibits A through M annexed thereto.

Dated: February 8, 2008
       Washington, DC                          Respectfully submitted,


                                               _s/_____
                                               Thomas Cmar (TC 8791)
                                               NATURAL RESOURCES DEFENSE COUNCIL
                                               1200 New York Ave., N.W., Ste. 400
                                               Washington, DC  20005
                                               Phone:  (202) 289-2405
                                               Fax:  (202) 289-1060

Mitchell S. Bernard (MB 5823)
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th Street
New York, NY  10011
Phone:  (212) 727-2700
Fax:  (212) 727-1773

Counsel for Plaintiff