# EXHIBIT E



**United States Department of State**

*Washington, D.C. 20520*

July 26, 2006
Case Number: 200603432

S. Jacob Scherr, Esq.
Senior Attorney
Director, International Program
Natural Resources Defense Council
1200 New York Avenue, NW, Suite 400
Washington, DC 20005

Dear Mr. Scherr:

This is in response to your Freedom of Information Act (FOIA) request, dated July 11, 2006 for information regarding logging and/or trade of bigleaf mahogany from Peru under CITES Appendix II.

We will begin the processing of your request based upon the information provided in your communication. We will notify you as soon as responsive material has been retrieved and reviewed.

We wish to advise you that the cut-off date for retrieving records is either the date you have given the Department by specifying a particular time frame or the date the search is initiated.

*Office of Information Programs and Services*
*U.S. Department of State SA- 2*
*Washington, DC 20522-8100*
    *Web site: foia.state.gov*

*Inquiries:*
*Phone: 1- 202- 261- 8484*
*FAX: 1- 202- 261- 8579*
*email: FOIAStatus@state.gov*

-2-

**Fees:** The Freedom of Information Act requires agencies to assess fees to recover the direct costs of processing requests, unless a fee waiver has been granted.

You have stated your willingness to pay the fees incurred in the processing of this request up to $250.00.

Based upon the information that you have provided, we have placed you in the "all other" requester category. This category requires us to assess search time after 2 hours/duplication costs after the first 100 pages (see 22 CFR 171, enclosed).

We will notify you of the costs incurred in processing your request as soon as the search for and review of any responsive documents have been completed.

Based upon the information provided in your letter, your request for a fee waiver has been denied. If you wish to appeal this decision, you may write to the Chief, Requester Liaison Division, at the address given on the bottom of this page. Your appeal should address the points listed in the enclosed sheet entitled "Requests for Fee Waivers." Your appeal must be sent to us within 30 days from the date that you receive this letter.

While we will make every effort to meet the time limits cited in the Freedom of Information Act (5 USC § 552), unusual circumstances

*Office of Information Programs and Services*
*U.S. Department of State  SA-2*
*Washington, DC 20522-8100*
*Web site: foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8484*
*FAX: 1-202-261-8579*
*email: FOIAStatus@state.gov*

- 3 -

may arise for extending the time limit (see enclosure). We appreciate your patience in this matter.

If you have any questions, please do not hesitate to contact us. We can provide faster service if you include the case number of your request in your communications with us.

We are pleased to be of service to you.

Sincerely,

Katrina M. Wood
Requester Communications Branch

Enclosure: As stated.

Office of Information Programs and Services
U.S. Department of State  SA- 2
Washington, DC 20522-8100
    Web site: foia.state.gov

Inquiries:
Phone: 1- 202- 261- 8484
FAX: 1- 202- 261- 8579
email: FOIAStatus@state.gov