# EXHIBIT K



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

August 20, 2007

By Facsimile (202) 289-1060 and First Class Mail
Thomas Cmar
Natural Resources Defense Council
1200 New York Ave., Suite 400
Washington, DC 20005

    Re:    Natural Resources Defense Council, Inc. v. U.S. Dep't of State,
             No. 07 Civ. 5929 (WHP)

Dear Mr. Cmar:

       I write concerning the July 11, 2006, and April 24, 2007 FOIA requests submitted by the Natural Resources Defense Council, Inc. ("NRDC") to the United States Department of State ("State Department").

       As you know, the State Department is currently processing NRDC's two FOIA requests. While the search of certain State Department components are ongoing, various documents have been located and are currently under review. For certain of these documents, the State Department has completed its internal review and has forwarded them on to other agencies to determine whether they concur with its determination. In addition, other responsive documents have been found not to have originated with the State Department and have been referred to the originating agency for its direct reply to NRDC.

       With the exception of documents forwarded to other agencies for their concurrence (or direct reply), the State Department expects to have completed its response to the two NRDC requests by the end of September. I expect to provide NRDC with documents on a rolling basis as they become available.

       With respect to documents that have been forwarded to other agencies for their concurrence, the State Department has indicated to each of the agencies that the FOIA review process should be expedited. Nonetheless, the State Department cannot control the timeframe for reply with respect to these documents, but will forward them the NRDC after receiving concurrence.

Thomas Cmar, Esq.                                                                August 20, 2007

        Finally, the State Department has reviewed NRDC's request for a fee waiver for the two FOIA requests and has granted the waiver.

        Please feel free to contact me at (212) 637-2714 with any questions or comments.

        Very truly yours,

        MICHAEL J. GARCIA
        United States Attorney

By: _____
        REBECCA C. MARTIN
        Assistant United States Attorney
        Telephone: (212) 637-2714
        Facsimile: (212) 637-2686