MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant United States Department of State
By: REBECCA C. MARTIN (RM 0486)
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2714
rebecca.martin@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATURAL RESOURCES DEFENSE COUNCIL, INC.,  :
:
Plaintiff,  :
: 07 Civ. 5929 (WHP)
-against -  :
:
UNITED STATES DEPARTMENT OF STATE,  :
:
Defendant.  :
------------------------------------------------------------X

## DECLARATION OF MARGARET P. GRAFELD

I, Margaret P. Grafeld, declare and state, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the U.S. Department of State's (Department's) Information and Privacy Coordinator and the Director of the Department's Office of Information Programs and Services (IPS). In these capacities, I am the Department official immediately responsible for responding to requests for records under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, the Privacy Act (PA), 5 U.S.C. § 552a, and other applicable records access provisions. I have been in the employ of the Department of State since 1974, and have served with the Department's Information Access Program for most of my tenure with the Department. I make the following statements based upon my personal knowledge, which in turn is based on a personal review of

1

the records in the case files established for the processing of the subject requests, and upon information furnished to me in the course of my official duties. I have read the complaint filed by the plaintiff in the above-captioned matter, and I am familiar with the efforts of Department personnel to process the subject requests.

2. The core responsibilities of IPS include: records access requests made by the need-to-know community, the public (under the FOIA, Privacy Act and mandatory classification review requirements of E.O. 12958, as amended, or the Ethics in Government Act), members of Congress, other government agencies, and those that have been made pursuant to judicial processes, such as subpoenas, court orders, and discovery requests; records management; privacy protection; national security classification management and declassification review; corporate records archives management; research; the Department's Library; and the technology that supports these activities.

3. The purpose of this declaration is to provide information on the Department's processing of document E8, which was retrieved from Department files in response to plaintiff's FOIA request dated July 11, 2006. Document E8 is a copy of telegram Lima 1534, sent April 21, 2006 from the American Embassy in Lima to the Department. Because of USAID's role in drafting this telegram and its interests in the subject matter, IPS referred document E8 to USAID and asked USAID to review it under the FOIA.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: Washington, D.C.
March //, 2008

MARGARET P. GRAFELD