CERTIFICATE OF SERVICE

       I, Rebecca C. Martin, an Assistant United States Attorney for the Southern District of New York, hereby certify that on March 14, 2008, I caused a copy of the foregoing Notice of Motion for Summary Judgment, the declarations of Joanne Paskar, Margaret P. Grafeld, and Rebecca C. Martin (and accompanying exhibits), Defendant's Memorandum of Law in Support of Its Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment, to be served by Federal Express upon plaintiff's counsel at the following address:

    Thomas Cmar, Esq.
    Natural Resources Defense Council
    1200 New York Ave., N.W.
    Suite 400
    Washington, DC 20005

Dated:    New York, New York
            March 14, 2008

                                              /s/
                                              REBECCA C. MARTIN
                                              Assistant United States Attorney
                                              Tel.: (212) 637-2714