UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

NATURAL RESOURCES DEFENSE COUNCIL, INC., :

                    Plaintiff,

  -against -

UNITED STATES DEPARTMENT OF STATE,

                    Defendant.
------------------------------------------------------------------------X

**ECF CASE**

07 Civ. 5929 (WHP)

NOTICE OF APPEARANCE

TO:    Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add the undersigned as a Lead Attorney for defendant United States Department of State to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         March 26, 2008

                                          Respectfully submitted,

                                          MICHAEL J. GARCIA
                                          United States Attorney for the
                                          Southern District of New York

                              By:    /s/ Rebecca C. Martin
                                          REBECCA C. MARTIN
                                          Assistant United States Attorney
                                          86 Chambers Street, 3rd Floor
                                          New York, New York 10007
                                          Telephone: (212) 637-2714
                                          Facsimile: (212) 637-2686
                                          Email: rebecca.martin@usdoj.gov

TO:    Thomas Cmar, Esq.
         Natural Resources Defense Council
         1200 New York Ave., N.W.
         Suite 400
         Washington, DC 20005