<u>CERTIFICATE OF SERVICE</u>

I, Rebecca C. Martin, an Assistant United States Attorney for the Southern District of New York, hereby certify that on March 26, 2008, I caused a copy of the foregoing Notice of Appearance, to be served by first class mail upon plaintiff's counsel at the following address:

Thomas Cmar, Esq.
Natural Resources Defense Council
1200 New York Ave., N.W.
Suite 400
Washington, DC 20005

Dated:     New York, New York
           March 26, 2008

           /s/_____
           REBECCA C. MARTIN
           Assistant United States Attorney
           Tel.: (212) 637-2714