UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                :

NATURAL RESOURCES DEFENSE
COUNCIL, INC.,                         :

             Plaintiff,             :      07 Civ. 5929 (WHP)

       -against-              :      <u>SCHEDULING ORDER</u>

UNITED STATES DEPARTMENT    :
OF STATE,
            Defendant.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       Oral argument on the parties' motions for summary judgment is adjourned from May 9, 2008 until May 29, 2008 at 2:30 p.m.

Dated:  April 7, 2008
         New York, New York

                              SO ORDERED:

                            WILLIAM H. PAULEY III
                                U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2008

*Counsel of Record:*

Thomas Joseph Cmar, Esq.
Natural Resources Defense Council, Inc.
1200 New York Ave., Nw Suite 400
Washington, DC 20005
*Counsel for Plaintiff*

Mitchell S. Bernard, Esq.
Natural Resources Defense Council, Inc.
40 West 20th Street
New York, NY 10011
*Counsel for Plaintiff*

Rebecca C. Martin, Esq.
U.S. Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007
*Counsel for Defendant*