CERTIFICATE OF SERVICE

       I, Rebecca C. Martin, an Assistant United States Attorney for the Southern District of New York, hereby certify that on April 15, 2008, I caused a copy of the foregoing Defendant's Memorandum of Law in Further Support of Its Motion fo Summary Judgment, to be served by first class mail upon plaintiff's counsel at the following address:

    Thomas Cmar, Esq.
    Natural Resources Defense Council
    1200 New York Ave., N.W.
    Suite 400
    Washington, DC 20005


Dated:    New York, New York
            April 15, 2008


                                     /s/_____
                                     REBECCA C. MARTIN
                                     Assistant United States Attorney
                                     Tel.: (212) 637-2714