UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                              :
NATURAL RESOURCES DEFENSE
COUNCIL, INC.,                                :

                Plaintiff,          :      07 Civ. 5929 (WHP)

             -against-                 :      SCHEDULING ORDER

UNITED STATES DEPARTMENT                      :
OF STATE,
                Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Oral argument on the parties' motions for summary judgment is adjourned from May 29, 2008 until June 24, 2008 at 5:00 p.m.

Dated:  June 3, 2008
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record:*

Thomas Joseph Cmar, Esq.
Natural Resources Defense Council, Inc.
1200 New York Ave., Nw Suite 400
Washington, DC 20005
*Counsel for Plaintiff*

Mitchell S. Bernard, Esq.
Natural Resources Defense Council, Inc.
40 West 20th Street
New York, NY 10011
*Counsel for Plaintiff*

Rebecca C. Martin, Esq.
U.S. Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007
*Counsel for Defendant*