UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                              :
NATURAL RESOURCES DEFENSE
COUNCIL, INC.,                                :

        Plaintiff,                      :     07 Civ. 5929 (WHP)

        -against-                      :     ORDER

UNITED STATES DEPARTMENT           :
OF STATE,
        Defendant.                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

    For the reasons set forth on the record on June 24, 2008, this Court will hold an in camera review of the redacted material in the first paragraph of the April 2006 cable. Defendant is directed to submit any objections to this Court by July 7, 2008.

Dated: June 29, 2008
      New York, New York

                           SO ORDERED:

                           _____
                           WILLIAM H. PAULEY III
                           U.S.D.J.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/2/2008]

*Counsel of Record:*

Thomas Joseph Cmar, Esq.
Natural Resources Defense Council, Inc.
1200 New York Ave., Nw Suite 400
Washington, DC 20005
*Counsel for Plaintiff*

Mitchell S. Bernard, Esq.
Natural Resources Defense Council, Inc.
40 West 20th Street
New York, NY 10011
*Counsel for Plaintiff*

Rebecca C. Martin, Esq.
U.S. Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007
*Counsel for Defendant*