USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

NATURAL RESOURCES DEFENSE
COUNCIL, INC.,

                Plaintiff,

       -against-

UNITED STATES DEPARTMENT OF STATE,
                Defendant.

-------------------------------------------------------X

**07 CIVIL** 5929 (WHP)

## JUDGMENT

The parties having cross-moved for summary judgment, and the matter having come before

the Honorable William H. Pauley III, United States District Judge, and the Court, on July 28, 2008,

having rendered its Order granting defendant's motion for summary judgment and denying plaintiff's

motion for summary judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated July 28, 2008, defendant's motion for summary judgment is granted and

plaintiff's motion for summary judgment is denied; accordingly, the case is closed.

**Dated:** New York, New York
       July 31, 2008

                   **J. MICHAEL McMAHON**

                        **Clerk of Court**

        **BY:**

                        **Deputy Clerk**

             THIS DOCUMENT WAS ENTERED
             ON THE DOCKET ON _____